**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                       : CASE NO: 2:06-cr-158
                                      : JUDGE ABEL

**CHRISTOPHER DADISMAN,**

      **Defendant.**

## ORDER REMITTING FINE

Upon motion of the United States of America and the Court being otherwise sufficiently advised.

**IT IS HEREBY ORDERED AND ADJUDGED**, in accordance with the provision of 18 U.S. C. § 3573, that the unpaid portion of the fine imposed against the Defendant in the amount of $25.00 is hereby **REMITTED**.

                                                    s/Mark R. Abel
                                                    United States Magistrate Judge